MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: Melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2004-R1,<br><br>Plaintiff,<br>vs.<br><br>FIRST LIGHT HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 5969 HIGH STEED; AND HOMEOWNER ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-01850-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO SATICOY BAY LLC SERIES 5969 HIGH STEED**<br><br>ECF Nos. 20, 22 |

Plaintiff The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1 (**BoNYM**), and Defendant Saticoy Bay LLC Series 5969 High Steed (**Saticoy**) stipulate as follows:

1. Saticoy filed its motion to dismiss on November 1, 2017. [ECF No. 20]. BoNYM's Response is currently due on November 15, 2017.

2. The parties hereby stipulate and agree to dismiss BoNYM's complaint as against Saticoy, without prejudice, each party to bear their own costs.

1

43355111;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. The parties further agree to the withdrawal of Saticoy's motion to dismiss, ECF No. 20, as moot.

Dated: November 13, 2017

| **AKERMAN LLP** | **GEISENDORF & VILKIN, PLLC** |
|---|---|
| */s/ Thera A. Cooper* <br> MELANIE MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1* | */s/Charles L. Gesendorf* <br> CHARLES L. GEISENDORF, ESQ. <br> Nevada Bar No. 6985 <br> 2470 St. Rose Parkway, Suite 309 <br> Henderson, Nevada 89074 <br><br> *Attorneys for Saticoy Bay LLC Series 5969 High Stead* |

## ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against Defendant **Saticoy Bay LLC Series 5969 High Stead [ECF No. 22] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF No. 22] is GRANTED, and all claims against Saticoy Bay are DISMISSED**, each party to bear its own fees and costs. IT IS FURTHER ORDERED that Saticoy Bay's Motion to Dismiss **[ECF 20] is DENIED** as moot.

_____
U.S. District Judge Jennifer Dorsey
November 13, 2017

2

43355111;1