| | |
|---|---|
| 1 | MELANIE D. MORGAN, ESQ. |
| | Nevada Bar No. 8215 |
| 2 | THERA A. COOPER, ESQ. |
| | Nevada Bar No. 13468 |
| 3 | AKERMAN LLP |
| | 1635 Village Center Circle, Suite 200 |
| 4 | Las Vegas, Nevada 89134 |
| | Telephone: (702) 634-5000 |
| 5 | Facsimile: (702) 380-8572 |
| | Email: melanie.morgan@akerman.com |
| 6 | Email: thera.cooper@akerman.com |

*Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2004-R1,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST LIGHT HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 5969 HIGH STEED; AND HOMEOWNER ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-01850-JAD-CWH<br><br>**NOTICE OF DISASSOCIATION** |

PLEASE TAKE NOTICE The Bank Of New York Mellon F/K/A The Bank Of New York As Trustee for The Certificateholders of The CWMBS Reperforming Loan Remic Trust Certificates, Series 2004-R1 hereby provides notice that Christine M. Parvan, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

1

43814971;1

Akerman LLP continues to serve as counsel for The **Bank Of New York Mellon** in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Thera A, Cooper, Esq. should receive all future notices.

Respectfully submitted, this 12th day of January, 2018.

**AKERMAN LLP**

*/s/ Thera A. Cooper*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
*Attorneys for The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

43814971;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed to:

Ashlie L. Surer, Esq.
**Hall, Jaffe & Clayton, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for First Light Homeowners Association*

/s/ *Doug J. Layne*
An employee of AKERMAN LLP

3

43814971;1