| | |
|---|---|
| 1 | MELANIE D. MORGAN, ESQ. |
| | Nevada Bar No. 8215 |
| 2 | THERA A. COOPER, ESQ. |
| | Nevada Bar No. 13468 |
| 3 | AKERMAN LLP |
| | 1635 Village Center Circle, Suite 200 |
| 4 | Las Vegas, Nevada 89134 |
| | Telephone: (702) 634-5000 |
| 5 | Facsimile: (702) 380-8572 |
| | Email: melanie.morgan@akerman.com |
| 6 | Email: thera.cooper@akerman.com |

*Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2004-R1,<br><br>Plaintiff,<br>vs.<br><br>FIRST LIGHT HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 5969 HIGH STEED; AND HOMEOWNER ASSOCIATION SERVICES, INC.<br><br>Defendants. | Case No.: 2:16-cv-01850-JAD-CWH<br><br>**STIPULATION AND ORDER DISMISSING FIRST LIGHT HOMEOWNERS ASSOCIATION WITHOUT PREJUDICE**<br><br>ECF No. 28 |

Plaintiff The Bank Of New York Mellon F/K/A The Bank Of New York As Trustee for The Certificateholders of The CWMBS Reperforming Loan Remic Trust Certificates, Series 2004-R1 and Defendant First Light Homeowners Association (**First Light**) stipulate and agree to dismiss all claims against First Light, without prejudice, each party to bear its own fees and cost.

/ / /

/ / /

/ / /

/ / /

1

46767980;1

Respectfully submitted, this 23rd day of October, 2018.

| | |
|---|---|
| **AKERMAN LLP** | **HALL, JAFFE & CLAYTON, LLP** |
| /s/ Thera A. Cooper | /s/ Ashlie A. Surur |
| MELANIE MORGAN, ESQ. | ASHLIE A. SURUR, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 11290 |
| THERA A. COOPER, ESQ. | 7425 Peak Drive |
| Nevada Bar No. 13468 | Las Vegas, Nevada 89128 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | *Attorney or First Light Homeowners Association* |
| *Attorneys for The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWMBS Reperforming Loan REMIC Trust Certificates, Series 2004-R1* | |

## ORDER

Based on the remaining parties' stipulation **[ECF No. 28]** and good cause appearing, IT IS HEREBY ORDERED that all claims against First Light Homeowners Association are DISMISSED without prejudice, each party to bear its own fees and costs. This dismissal leaves only claims against non-appearing party Homeowner Association Services, Inc. **Plaintiff Bank of New York Mellon has until November 16, 2018, to either dismiss those claims or commence default proceedings against this final party.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 23, 2018

2